IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY | ) | |
| COMMISSION, | ) | |
|      Plaintiff, | ) | CIVIL ACTION NO. 5:24-cv-00199-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| GEM MANAGEMENT, LLC, | ) | |
|      Defendant. | ) | |

**NOTICE OF FILING**

Please take notice of the filing complete Exhibit A to the Defendant's Proposed ESI Discovery Plan (DN 36) filed on May 22, 2026. The undersigned respectfully requests that the previously filed Exhibit A be replaced with the provided, complete Exhibit A.

Respectfully submitted,

**REMINGER CO., L.P.A.**

/s/ Timothy B. George, Jr.
Gegory S. Metzger, Esq.
Timothy B. George, Esq.
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, Kentucky 40202
T: (502) 584-1310
F: (502) 598-5436
E:  gmetzger@reminger.com
   tgeorge@reminger.com
***Counsel for Defendant GEM Management, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed electronically on this 26th day of May 2026, and a copy was served by electronic mail to the following:

/s/ Timothy B. George, Jr.
Timothy B. George, Jr., Esq.